AO 108 (Rev. 06/09)  Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>ALL FUNDS IN TWO BANK ACCOUNTS<br>HELD AT BANK OF AMERICA | )<br>)<br>)<br>)<br>)    Case No.    20-sz-76 |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the jurisdiction of the District of Columbia is subject to forfeiture to the United States of America under  18  U.S.C. § 1956  *(describe the property)*:

All funds in two bank accounts held at Bank of America as further described in the Affidavit, which is incorporated herein by reference.

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.

❒ Continued on the attached sheet.

_____
*Applicant's signature*

Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  08/10/2020

_____
*Judge's signature*

City and state:  District of Columbia

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| In the Matter of the Seizure of | ) | |
| *(Briefly describe the property to be seized)* | ) | |
| ALL FUNDS IN TWO BANK ACCOUNTS | ) | Case No.   20-sz-76 |
| HELD AT BANK OF AMERICA | ) | |
| | ) | |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ jurisdiction of the _____ District of _____ Columbia _____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All funds in two bank accounts held at Bank of America: 226001979804 held in the name of THERAPY DOG INTERNATIONAL, and 002261596270 held in the name of THERAPETIC SOLUTIONS pursuant to 18 U.S.C. 1956

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____ 08/24/2020 _____

*(not to exceed 14 days)*

❐ in the daytime – 6:00 a.m. to 10:00 p.m.          ☑ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____ G. Michael Harvey _____ .

*(name)*

❐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ❐ for _____ days *(not to exceed 30)*.

❐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     08/10/2020 _____                    _____

*Judge's signature*

City and state:     District of Columbia _____          G. Michael Harvey, U.S. Magistrate Judge
                                                            *Printed name and title*

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:  20-sz-76 | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken:

| **Certification** |
|---|

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:  _____

                _____
                      *Executing officer's signature*

                _____
                       *Printed name and title*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN THE MATTER OF THE SEIZURE OF THE FOLLOWING PROPERTIES:** | ) )  ) | |
| **2020 Cruisers Yachts 338 CX Hull ID CRSBN259D920 Registered in the Name of Graceful Waters Holdings, LLC** | ) ) ) ) | |
| **All monies and other things of value in Bank of America checking account number 226001979804 held in the name of THERAPY DOG INTERNATIONAL** | ) ) ) ) ) | **SZ: 20-sz-76** |
| **All monies and other things of value in Bank of America checking account number 002261596270 held in the name of THERAPETIC SOLUTIONS** | ) ) ) ) ) | **UNDER SEAL** |
| **All monies and other things of value in Robinhood investment account number 1464364776 held in the name of Kenneth Gaughan** | ) ) ) ) ) | |
| **2020 KIA STINGER VIN KNAE45LC5L6080651 Registered in the name of Kenneth Gaughan** | ) ) ) | |

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEIZURE WARRANT**

I, Charles W. Sublett, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I am a duly sworn and appointed Special Agent with the Internal Revenue Service, Criminal Investigation ("IRS-CI") since August 2019.  I am currently assigned IRS-CI's Washington Field Office in the District of Columbia. I have received 26 weeks of training in general law enforcement and criminal investigations, including interviewing and interrogation techniques, arrest procedures, search and seizure, violations of the Internal Revenue Code and

1

associated financial crimes, and money laundering investigations. In addition to my law enforcement training, I am a Certified Public Accountant (CPA), Certified Fraud Examiner (CFE), and hold a Master's of Accounting and Information Systems degree from Virginia Tech. Prior to employment with IRS-CI, I was a Senior Auditor for Deloitte and Touche and a Senior Forensic Accountant for Deloitte Financial Advisory Services where I advised federal law enforcement agencies regarding complex third-party money laundering investigations  In the course of my training and experience, I have become familiar with the methods and techniques associated with the laundering of criminal proceeds. In the course of conducting investigations, I have been involved in the use of the following investigative techniques: interviewing subjects and cooperating witnesses; conducting physical surveillance; analyzing financial records; tracing funds and illegal proceeds; and preparing and executing search warrants. I am assigned to this investigation and my involvement has included reviewing Small Business Administration (SBA) Paycheck Protection Program (PPP) and Economic Disaster Injury Loan (EDIL) borrower applications and supporting documents as well as other bank records and business records associated with Kenneth Patrick Gaughan (**Gaughan**) and the below listed entities ("TARGET ENTITIES").

| Taxpayer Identification Number | Name |
| --- | --- |
| 81-3003968 | Therapetic Solutions Incorporated |
| 84-4502437 | Service Animals of America |
| 82-1151136 | ESA Registry International |
| 82-1151218 | Certapet Incorporated |
| 82-1151090 | Therapy Dog Incorporated |
| 82-1150847 | Therapy Dog International |
| 84-4502288 | Service Dog of America |
| 82-1151364 | Therapy Pet Incorporated |
| 84-4517450 | Official Service Dogs |
| 84-4517450 | Official Service Dogs |
| 82-1151364 | Therapy Pet Incorporated |
| 82-1151399 | Anything Pawsable Incorporated |
| 84-4517546 | International Service Animals |
| 82-1551056 | US Therapy Dog |

2.      I base the facts set forth in this affidavit upon my personal knowledge, information obtained during my participation in this investigation, review of documents to include business and bank records, knowledge obtained from other individuals including law enforcement personnel, communications with others who have personal knowledge of the events and circumstances described herein and my training and experience.  Because this affidavit is being submitted for the limited purpose of enabling this Court to make a judicial determination of probable cause to issue a seizure warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish the legal basis for the issuance of a seizure warrant

3.      As further described below, this affidavit is made in support of an application for a seizure warrant for funds traceable to, and involved in, a SBA PPP fraud scheme which deceived lenders and federally insured financial institutions acting on behalf of the SBA into sending funds to **Gaughan** through bank accounts held in the names Therapeutic Solutions and Therapy Dog International all of Washington, D.C. **Gaughan** allegedly deceived these lenders and  financial institutions and conducted financial transactions with the obtained funds in violation of 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1344 (Bank Fraud), 18 U.S.C. § 641 (theft of government money or property) and 18 U.S.C. § 1956 and 1957 (Money Laundering). Specifically, **Gaughan**, through the TARGET ENTITIES engaged in a scheme to fraudulently obtain funds from the SBA PPP.

## APPLICABLE LAW

A.      <u>Wire Fraud</u>

4.      Title 18, United States Code, Section 1343 provides that "Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or

causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice," shall be guilty of a federal offense.

B.      Bank Fraud

5.      Title 18 United States Code, Section 1344 provides that "Whoever knowingly executes, or attempts to execute, a scheme or artifice to defraud a financial institution; or to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises," shall be guilty of a federal offense.

C.      Theft of Government Money or Property

6.      Title 18 United States Code, Section 641 provides that "Whoever embezzles, steals, purloins, or knowingly converts to his use or the use of another, or without authority, sells, conveys or disposes of any record, voucher, money, or thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof," shall be guilty of a federal offense.

D.      Money Laundering

7.  Title 18, United States Code, Section 1956 (a)(1)(B)(i) provides that "Whoever, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts or attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity  knowing that the transaction is designed in whole or in part to conceal or disguise the nature, the

location, the source, the ownership, or the control of the proceeds of specified unlawful activity," shall be guilty of a federal offense.

8. Title 18, United States Code, Section 1957 provides, in relevant part, that "[w]hoever . . . knowingly engages or attempts to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity [such as health care fraud]," shall be guilty of a federal offense. This offense is sometimes referred to as spending statute money laundering.

E.     <u>Asset Forfeiture Statutes</u>

9. The proceeds of bank and wire fraud are subject to forfeiture under both civil and criminal forfeiture authorities. Pursuant to 18 U.S.C. § 981(a)(1)(C) and (D), any property, real or personal, which constitutes or is derived from proceeds traceable to bank or wire fraud is subject to civil forfeiture. In addition, 28 U.S.C. § 2461(c) provides that, "[i]f a person is charged in a criminal case with a violation of an Act of Congress for which the civil or criminal forfeiture of property is authorized," then the government can obtain forfeiture of property "as part of the sentence in the criminal case." Thus, pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to health care fraud is subject to criminal forfeiture.

10. Property involved in a money laundering offense is subject to forfeiture under both civil and criminal forfeiture authorities. Pursuant to 18 U.S.C. § 981(a)(1)(A), any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956 or 1957, or any property traceable to such property, is subject to civil forfeiture. In addition, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in a violation of 18

Case 1:20-sz-00076-GMH   Document 6   Filed 08/10/20   Page 9 of 41


U.S.C. §§ 1956 or 1957, or any property traceable to such property, is subject to criminal forfeiture. Forfeiture pursuant to these statutes applies to more than just the proceeds of the crime. These forfeitures encompass all property "involved in" the crime, which includes the actual money laundered and property used to facilitate the laundering offense. *See United States v. McKinney*, No. 07-0113-01 (RBW), 2009 WL 10701319, at *7 (D.D.C. Mar. 26, 2009)("property that may be used to facilitate a money laundering violation includes money in financial accounts, personal property, real property, and businesses"); *see also United States v. Wyly*, 193 F.3d 289, 302 (5th Cir. 1999)(explaining that untainted funds that are comingled with tainted funds derived from illicit sources may constitute facilitating property)).

11.     Further, 18 U.S.C. § 984 allows the United States to seize for civil forfeiture identical substitute property found in the same place where the "guilty" property had been kept. For purposes of Section 984, this affidavit need not demonstrate that the funds now in **Gaughan's** accounts are the particular funds involved in the wire and bank fraud and money laundering violations, so long as the forfeiture is sought for other funds on deposit in that same account. Section 984 applies to civil forfeiture actions commenced within one year from the date of the offense.

12.     This application seeks a seizure warrant under both civil and criminal authority because the property to be seized could be placed beyond process if not seized by warrant.

13.     Pursuant to 18 U.S.C. § 981(b), property subject to civil forfeiture may be seized via a civil seizure warrant issued by a judicial officer "in any district in which a forfeiture action against the property may be filed," and may be executed "in any district in which the property is found," if there is probable cause to believe the property is subject to forfeiture. The criminal forfeiture statute, 18 U.S.C. § 982(b)(1), incorporates the procedures in 21 U.S.C. § 853 (other

than subsection (d)) for a criminal forfeiture action.   Title 21 U.S.C. § 853(f) permits the government to request the issuance of a seizure warrant for property subject to criminal forfeiture.

## PAYCHECK PROTECTION PROGRAM

14.     As discussed in this affidavit, **Gaughan** is actively defrauding the federal Payment Protection Program, which this section briefly describes.

15.     The Coronavirus Aid, Relief, and Economic Security ("CARES") Act is a federal law enacted in or around March 2020 and designed to provide emergency financial assistance to the millions of Americans who are suffering the economic effects caused by the COVID-19 pandemic. One source of relief provided by the CARES Act was the authorization of up to $349 billion in forgivable loans to small businesses for job retention and certain other expenses, through a program referred to as the Paycheck Protection Program ("PPP"). In April 2020, Congress authorized over $300 billion in additional PPP funding.[1]

16.     In order to obtain a PPP loan, a qualifying business must submit a PPP loan application, which is signed by an authorized representative of the business. The PPP loan application requires the business (through its authorized representative) to acknowledge the program rules and make certain affirmative certifications in order to be eligible to obtain the PPP loan. In the PPP loan application, the small business (through its authorized representative) must state, among other things, its average monthly payroll expenses and number of employees. These figures are used to calculate the amount of money the small business is eligible to receive under the program. In addition, businesses applying for a PPP loan must provide documentation showing their payroll expenses.

---

[1] All dates and amounts are approximations. The words "on or about" and "approximately" are omitted for clarity.

17.     A PPP loan application must be processed by a participating lender. If a PPP loan application is approved, the participating lender funds the PPP loan using its own money, which is 100 percent guaranteed by Small Business Administration ("SBA"). Data from the application, including information about the borrower, the total amount of the loan, and the listed number of employees, is transmitted by the lender to the SBA in the course of processing the loan.

18.     The small business must use the PPP loan proceeds on certain permissible expenses, specifically, payroll costs, interest on mortgages, rent, and utilities. The program allows the interest and principal on the PPP loan to be entirely forgiven if the business spends the loan proceeds on the allowable expenses within a designated period of time after receiving the proceeds and uses a certain amount of the PPP loan proceeds on payroll expenses.

## ECONOMIC INJURY DISASTER LOANS

19.     As discussed in this affidavit, **Gaughan** is actively defrauding the federal Economic Injury Disaster Loan ("EIDL") program, which this section briefly describes.

20.     In response to the COVID-19 pandemic, small business owners and non-profit organizations in all U.S. states, Washington DC, and territories are able to apply for an EIDL. EIDL is an existing SBA program designed to provide economic relief to businesses that are currently experiencing a temporary loss of revenue.  EIDL provides loan assistance, including up to $10,000 advances, for small businesses and other eligible entities for loans up to $2 million. The EIDL proceeds can be used to pay fixed debts, payroll, accounts payable and other bills that could have been paid had the disaster not occurred; however, such loan proceeds are not intended to replace lost sales or profits or for expansion of a business.  Unlike certain other types of SBA-guaranteed loans, EIDL funds are issued directly from the United States Treasury and applicants apply through the SBA via an online portal and application.  The EIDL application process, which

also uses certain outside contractors for system support, collects information concerning the business and the business owner, including: information as to the gross revenues for the business prior to January 31, 2020; the cost of goods sold; and information as to any criminal history of the business owner.  Applicants electronically certify that the information provided is accurate and are warned that any false statement or misrepresentation to SBA or any misapplication of loan proceeds may result in sanctions, including criminal penalties.

## **PROBABLE CAUSE**

21.    For more than seven years, **Kenneth Patrick Gaughan** ("**Gaughan**"), a long-time employee of the Catholic Archdiocese of Washington, DC ("ADW" or "the archdiocese"), fraudulently diverted money from ADW to contractors **Gaughan** surreptitiously owned and that provided virtually no legitimate services to ADW.  In late 2018, a federal grand jury in the District of Maryland charged **Gaughan** with mail fraud.  In December 2019, that indictment was dismissed for lack of venue.  However, in July 2020, based on the fraud **Gaughan** executed against ADW, a grand jury in the District of Columbia indicted **Gaughan** with mail fraud, wire fraud, and money laundering.

22.    During the investigation of the fraud that **Gaughan** committed against ADW, your affiant identified Person 1 **Gaughan**'s cohabitant in **Gaughan**'s former residence and as the joint account holder on several of **Gaughan**'s bank accounts and credit cards.  That is, your affiant learned that **Person 1** resided with **Gaughan** at **Gaughan**'s U Street residence in the Bloomingdale neighborhood.  In May 2018, your affiant obtained a copy of a Washington Blade article about **Person 1** stating that **Person 1** "owns a house in Bloomingdale with his friend **Ken Gaughan**."  Further, bank records for bank and credit card accounts on which **Gaughan** and **Person 1** were joint accountholders show that **Gaughan** and **Person 1** were joint accountholders

for BB&T accounts ending in 7875, 0952, and 2616.  In addition, **Gaughan** and **Person 1** were cardholders and authorized users on a US Bank credit card ending in 4376, which was opened in January 2013, and Barclays Bank credit cards ending in 2023 and 2024, opened in November 2013.[2]

23.     On or about July 17, 2020, I discovered that **Gaughan** was attempting to commit fraud on the EIDL and PPP programs.  Specifically, 11 PPP loans from SBA lenders were applied for in the names of **Gaughan** and **Person 1** .   Records show that those PPP loan applications were submitted using the business names of at least eight bogus emotional support animal companies, including Service Animals of America Incorporated, Service Dog of America Incorporated, Certapet Incorporated, Official Service Dogs Incorporated, Therapetic Solutions Incorporated, Therapy Dog Incorporated, Therapy Dog International Incorporated, and ESA Registry International Incorporated. [3]

24.     Further, according to the PPP loan applications, **the** purported service animal companies each have 25 employees and are located at a single private mailbox in the UPS Store at 1030 15th Street, NW, Suite 170-B1, Washington, DC ("the 15th Street UPS box").

25.     Records from UPS show that **Gaughan** applied for and rents the 15th Street UPS box.  The evidence detailed in this affidavit otherwise shows that **Gaughan** made extensive use of the 15th Street UPS box when defrauding ADW.

---

[2] According to law enforcement databases, **Person 1** currently resides at a different address in Washington, DC. Thus, I believe that **Gaughan** and **Person 1** no longer reside together.

[3] **Person 1** also submitted a loan application under the business name Think Healthy Group LLC, a food science and nutrition consulting firm. According to **Person 1**'s biography posted on the website of his employer, **Person 1** is the principal consultant of Think Healthy Group.

26.     **Gaughan** also fraudulently applied for 12 EIDLs. Records show that **Gaughan** applied for these loans utilizing nine of the above-mentioned suspected bogus service animal-related businesses. The 12 businesses used to submit EIDL applications are Therapeutic Solutions Incorporated, Anything Pawsable Incorporated, Therapy Pet Inc, Therapy Dog International, ESA Registry International, Official Service Dogs, Service Dog of America, Certapet Incorporated, Service Animals of America, International Service Animals, Therapy Dog Inc, and US Therapy Dog.

27.     **Gaughan's** name and Social Security Number is the business listed contact for all 12 of the EIDL applications. The business addresses provided are variations of the 15th Street UPS box provided for PPP applications. All applications shared a common business phone number of (800) 851-4390, mobile phone contact number of (614) 256-2357, and contact address of 2018 4th Street, NE, Washington, DC, 20002.

28.     Nine of the 12 entities (identified in the chart at the end of this paragraph) used to apply for EIDLs shared the same Taxpayer Identification Number (TIN) and business name as entities used to apply for PPP loans. The number of employees per each respective application contradicted each other. The PPP loan applications claimed these entities each had 25 employees while the EIDL application stated three employees per entity.

| PPP | | | EIDL | | |
|---|---|---|---|---|---|
| Borrower TIN | Borrower | Applicant | Borrower TIN | Borrower | Applicant |
| 81-3003968 | THERAPETIC SOLUTIONS | Taylor Wallace | 81-3003968 | Therapeutic Solutions Inc | Kenneth Gaughan |
| 84-4502437 | Service Animals of America | Kenneth Gaughan | 84-4502437 | Service Animals of America | Kenneth Gaughan |
| 82-1151136 | ESA Registry International | ESA Registry International | 82-1151136 | ESA Registry International | Kenneth Gaughan |
| 82-1151218 | Certapet Inc | Kenneth Gaughan | 82-1151218 | Certapet Inc | Kenneth Gaughan |
| 82-1151090 | Therapy Dog Inc | Taylor Wallace | 82-1151090 | Therapy Dog Inc | Kenneth Gaughan |
| 82-1150847 | THERAPY DOG INTERNATIONAL | Taylor Wallace | 82-1150847 | Therapy Dog International | Kenneth Gaughan |
| 84-4502288 | Service Dog of America | Kenneth Gaughan | 84-4502288 | Service Dog of America | Kenneth Gaughan |
| 82-1151364 | Therapy Pet Inc | Taylor Wallace | 82-1151364 | Therapy Pet Inc | Kenneth Gaughan |
| 84-4517450 | Official Service Dogs | Taylor Wallace | 84-4517450 | Official Service Dogs | Kenneth Gaughan |

29.     **Gaughan** provided Bank of America account number 226001979804 for the proceeds for nine of 12 EIDLs. He provided the same account for proceeds of at least one PPP

11

loan, for Service Animals of America. **Gaughan** provided Bank of America account number 002261596270 for proceeds on two EIDLs, the same account provided for proceeds of at least one PPP loan for Certapet Incorporated.

### I. FRAUD ON THE SBA'S PAYCHECK PROTECTION PROGRAM (PPP)

30.     As described above, in July 2020, I learned that 11 loan applications in the names of **Gaughan** and **Person 1 were** for businesses listing their address as the 15th Street UPS box. I know that it is indicative of fraud when multiple businesses are located at a single address, particularly when that address is a private mailbox, and where numerous loan applications were submitted for different companies containing the same or similar information, including the same address and number of employees, and similar average monthly payroll amounts. Furthermore, I know that those who utilize private mailboxes often use those private boxes to receive mail, but then store that mail in their homes.

31.     Even though all of the businesses were purportedly located at the same private UPS mailbox, the loan applications listed each business as having 25 employees (for a total of at least 200 employees) and an averagewe monthly payroll exceeding $110,000. The names of each of these businesses indicates they are engaged in similar business activity—registering emotional support animals.

32.     **Gaughan** worked full-time for ADW for almost a decade until he resigned in April 2018, and in early 2018, **Gaughan**'s LinkedIn profile did not reflect any involvement with animal support services.

33.     Further, pursuant to the ADW investigation, agents from the Federal Bureau of Investigation ("FBI") reviewed **Gaughan**'s federal income tax returns for the tax years 2011 through 2018.  In doing so, those agents found no indication that **Gaughan** operated or worked

with any animal support companies, or that **Gaughan** paid employees to work for animal support companies.

34.     SBA and Bank of America records reflect that seven of the 11 PPP loans have been disbursed, with a total disbursed amount of $2,179,465.00. All disbursed funds were deposited into two accounts at Bank of America in the names of Therapy Dog International or Therapetic Solutions Inc.

35.     Specifically, according to SBA records, **Gaughan** submitted applications for the following four PPP loans for businesses located at the 15th Street UPS box; three of these loans were disbursed:

> **Loan Number 4585407206**: **Gaughan** applied for Loan Number 4585407206 through the lender Fund-Ex Solutions Group LLC under the business name Service Animals of America, and listed the business address for Service Animals of America as the 15th Street UPS box. According to the loan application documents, Service Animals of America has 25 employees and an average monthly payroll of $121,215. **Gaughan**'s address listed on this loan application is 2018 4th Street, NE, Washington, DC. The loan was approved in the amount of $303,000, and the outstanding balance is $303,000. As of June 6, 2020, the loan status was "past due disbursed" according to SBA records. The email address listed on the application is serviceanimalsofamerica@gmail.com.

> **Loan Number 4579757308**: **Gaughan** applied for Loan Number 4579757308 through Celtic Bank Corporation under the business name Service Dog of America, and listed the business address for Service Dog of America as the 15th Street UPS box. According to the loan application documents, Service Dog of America has 25 employees and an average monthly payroll of $121,215. **Gaughan**'s address listed on this loan is the 2018 4th Street, NE, Washington, DC. According to SBA records, Celtic Bank cancelled this loan in May 2020. The email address listed on the PPP loan application is kengaughan@gmail.com.

> **Loan Number 4896127409**: **Gaughan** applied for Loan Number 4896127409 through Radius Bank under the business name Certapet Incorporated, and listed the business address for Certapet Incorporated as the 15th Street UPS box. According to the loan application documents, Certapet Incorporated had 25 employees and an average monthly payroll of $121,215. **Gaughan**'s address listed on this loan is listed as the 15th Street UPS box. The loan was approved in the amount of $303,100, and the outstanding balance is $303,038. As of June 5, 2020, the loan status was "disbursed." The email address listed on the PPP loan application is certapet@gmail.com.

> **Loan Number 1730787306**: The application for Loan Number 1730787306 was submitted to First Bank of the Lake under the business name ESA Registry International, and listed

the business address for ESA Registry International as the 15th Street UPS box. According to the loan application documents, ESA Registry International has 25 employees and an average monthly payroll of $151,325. The loan was approved in the amount of $378,310.00, and the outstanding balance is $378,310. As of June 6, 2020, the loan status was "disbursed current."

36.     In addition, according to SBA records, the following seven loans for businesses,

all of which are purportedly located at the 15th Street UPS box, were applied for in **Person 1**'s

name; at least four of those PPP loans have been disbursed:

**Loan Numbers 2986947402 & 8151797807:** Loan Number 2986947402 was applied for in Person 1's name through Northeast Bank under the business name Official Service Dogs. The business address for Official Service Dogs listed on the PPP loan application is the 15th Street UPS box. According to the loan application documents, Official Service Dogs has 25 employees and an average monthly payroll of $121,215. Loan Number 2986947402 was cancelled.

According to information Northeast Bank provided, after Loan Number 2986947402 was cancelled, the borrower provided information that had been requested by the bank. As a result, Northeast Bank approved Loan Number 8151797807 for business name Official Service Dogs, with the address listed as the 15th Street UPS box, in the amount of $303,000. According to the loan application documents, Official Service Dogs has 25 employees and an average monthly payroll of $121,200. Additional documentation provided included a bogus residential lease agreement signed by Person 1 on behalf of Official Service Dogs and landlord Maxwell Steinhart. This lease agreement was a version of the same fraudulent lease documents mentioned above found on **Gaughan**'s ADW computer and personally owned MacBook. As of June 5, 2020, this loan status was "active but undisbursed" according to SBA records. According to information received from Northeast Bank, this loan was closed and funded on June 9, 2020. The email address listed on the PPP loan application is an email address in the name of Person 1,

**Loan Number 5404347709:** Loan Number 5404347709 was applied for in Person 1's name through Bank of America under the business name Therapetic Solutions. The business address for Therapetic Solutions listed on the loan application is the 15th Street UPS box. According to the loan application documents, Therapetic Solutions has 25 employees and an average monthly payroll of $122,937. The loan was approved in the amount of $307,342 and, according to Bank of America, was disbursed on May 4, 2020. Bank of America's PPP loan application did not ask applicants to list an email address, and none was listed on this application.

**Loan Number 9111197303:** Loan Number 9111197303 was applied for in Person 1's name through Kabbage Incorporated under the business name Therapy Dog Incorporated. The business address for Therapy Dog Incorporated listed on the loan application is the 15th Street UPS box. According to the loan application documents, Therapy Dog

Incorporated has 25 employees and an average monthly payroll of $110,973. The loan was approved in the amount of $277,432, and the outstanding balance is $277,432. As of June 9, 2020, the loan status was "disbursed" according to SBA records. The email address listed on the PPP loan application is richard.s.vost@gmail.com.

**Loan Number 5131877708:** Loan Number 5131877708 was applied for in Person 1's name through Bank of America under the business name Therapy Dog International. The business address for Therapy Dog International listed on the loan application is the 15th Street UPS box. According to the loan application documents, Therapy Dog International has 25 employees and an average monthly payroll of $122,937. The loan was approved in the amount of $307,343.00 and, according to Bank of America, the loan was "disbursed" on May 4, 2020. Bank of America's PPP loan application did not ask applicants to list an email address, and none was listed on this application.

**Loan Number 6506117901:** Loan Number 6506117901 was applied for in Person 1's name through Northeast Bank under the business name Therapy Pet Incorporated. The business address for Therapy Pet Incorporated listed on the loan application is the 15th Street UPS box. According to the loan application documents, Therapy Dog Incorporated has 25 employees and an average monthly payroll of $121,215. The loan was approved in the amount of $303,000. According to information received from Northeast Bank, the loan was cancelled on July 10, 2020. The email address listed on the PPP loan application is atdugbartey@gmail.com.

**Loan Number 4129717800:** Loan Number 4129717800 was applied for in Person 1's name through Fund-Ex Solutions Group LLC under the business name Therapy Pet Incorporated. According to SBA records, the borrower's street address was 1301 20th Street Northwest, Suite 413, Washington, DC, and the borrower's physical street address was the 15th Street UPS box. According to the loan application documents, Therapy Dog Incorporated has 25 employees and an average monthly payroll of $121,215. As of May 30, 2020, the loan status was "fully cancelled."

     **a.** *SBA PPP Loan Application Documents*

37.     In executing an SBA Form 2483, a form required as part of the process to receive PPP funding, each Applicant was required to initial and certify that between February 15 and December 31, 2020, "the Applicant has not and will not receive another loan under the Paycheck Protection Program." Here, by receiving at least multiple PPP loans, the Applicant's signed certification on each application was false. Elsewhere on the Form 2483, applicants certified that the information was accurate and that they knew making false statements subjected them to various criminal penalties.

38.     As of July 28, 2020, I have received supporting documentation for loan applications submitted to the following institutions: Bank of America (loan number 5131877708); Kabbage Inc. (loan number 9111197303); Radius Bank (loan number 4896127409); Fund-Ex Solutions Group (loan numbers 4585407206 and 4129717800); Northeast Bank (loan numbers 8151797807 and 6506117901); and Celtic Bank Corporation (loan number 4579757308).  These applications included multiple similar or identical supporting documents used under the names of different entities. For example, the same following 25 employees and wage amounts were reported for pay periods January 1, 2020 through January 31, 2020 and February 1, 2020 through February 29, 2020 in connection with each of the eight loan numbers listed above.

| Name | Net Amount | Total Hours | Taxes Withheld | Total Pay | Employer Taxes | Total Cost |
|---|---|---|---|---|---|---|
| Abbott, Carl R. | $ 3,117.88 | 173.33 | $ 868.71 | $ 3,986.59 | $ 412.62 | $ 4,399.21 |
| Alvarado, Jonathon R. | $ 3,433.61 | 173.33 | $ 986.31 | $ 4,419.92 | $ 457.47 | $ 4,877.39 |
| Brown, Carlos G. | $ 4,731.67 | 173.33 | $ 1,768.21 | $ 6,499.88 | $ 672.74 | $ 7,172.62 |
| Cooley, Niam T. | $ 4,410.06 | 173.33 | $ 1,569.83 | $ 5,979.89 | $ 618.92 | $ 6,598.81 |
| Cooperland, Darcy | $ 3,820.42 | 173.33 | $ 1,206.15 | $ 5,026.57 | $ 520.26 | $ 5,546.83 |
| Darling, William W. | $ 4,034.85 | 173.33 | $ 1,338.38 | $ 5,373.23 | $ 556.13 | $ 5,929.36 |
| Goldsmith, Megan M. | $ 5,738.24 | 173.33 | $ 1,671.62 | $ 7,409.86 | $ 766.92 | $ 8,176.78 |
| Griffin, Siana M. | $ 3,021.88 | 173.33 | $ 834.71 | $ 3,856.59 | $ 399.16 | $ 4,255.75 |
| Hernandez, Miguel A. | $ 5,321.28 | 173.33 | $ 2,131.91 | $ 7,453.19 | $ 570.18 | $ 8,023.37 |
| Hicks, Caroline B. | $ 3,309.89 | 173.33 | $ 936.70 | $ 4,246.59 | $ 439.53 | $ 4,686.12 |
| Kusinich, Jennifer M. | $ 3,599.63 | 173.33 | $ 1,080.28 | $ 4,679.91 | $ 484.37 | $ 5,164.28 |
| Lasorski, Rachel M. | $ 5,160.49 | 173.33 | $ 2,032.71 | $ 7,193.20 | $ 744.50 | $ 7,937.70 |
| Mable, Michelle A. | $ 4,624.48 | 173.33 | $ 1,702.07 | $ 6,326.55 | $ 654.80 | $ 6,981.35 |
| Manchester, Pauline W. | $ 4,838.88 | 173.33 | $ 1,834.33 | $ 6,673.21 | $ 690.68 | $ 7,363.89 |
| Mcdermott, Robert T. | $ 3,765.64 | 173.33 | $ 1,174.27 | $ 4,939.91 | $ 511.28 | $ 5,451.19 |
| McLaughlin-Schwartz, Heather | $ 3,514.36 | 173.33 | $ 818.89 | $ 4,333.25 | $ 448.49 | $ 4,781.74 |
| McNeil, Rui S. | $ 4,008.05 | 173.33 | $ 1,321.85 | $ 5,329.90 | $ 551.64 | $ 5,881.54 |
| Montoya, Rikesha L. | $ 4,383.26 | 173.33 | $ 1,553.29 | $ 5,936.55 | $ 614.44 | $ 6,550.99 |
| Osbourne, Kayley A. | $ 4,517.27 | 173.33 | $ 1,635.95 | $ 6,153.22 | $ 636.86 | $ 6,790.08 |
| Ricci, Dominic J. | $ 5,489.15 | 173.33 | $ 1,574.05 | $ 7,063.20 | $ 731.05 | $ 7,794.25 |
| Rodriguez, Amanda S. | $ 4,946.09 | 173.33 | $ 1,900.45 | $ 6,846.54 | $ 708.62 | $ 7,555.16 |
| Tumbull, Logan | $ 3,765.64 | 173.33 | $ 1,174.27 | $ 4,939.91 | $ 511.28 | $ 5,451.19 |
| Vost, Richard S. | $ 5,669.71 | 173.33 | $ 2,346.80 | $ 8,016.51 | $ 613.26 | $ 8,629.77 |
| Weiss, Kaitlyn R. | $ 4,710.80 | 173.33 | $ 1,269.09 | $ 5,979.89 | $ 618.92 | $ 6,598.81 |
| Yoder, Darsh | $ 2,957.89 | 173.33 | $ 812.04 | $ 3,769.93 | $ 390.19 | $ 4,160.12 |
| Totals | $ 106,891.12 | 4333.25 | $ 35,542.87 | $ 142,433.99 | $ 14,324.31 | $ 156,758.30 |

39. In addition to the evidence that the applications are fraudulent described above, there is further evidence in the material provided for various of the loan applications.  For example:

16

**Loan Number 5131877708**: Documents provided to Bank of America to support payroll obligations for Therapy Dog International (EIN: 82-1150847) include Payroll Summary Reports as of February 1, 2020 for pay period January 1, 2020 through January 31, 2020, and March 1, 2020 for pay period February 1, 2020 through February 29, 2020.  The employees listed and payroll amounts per the reports are identical other than the report and check dates. Payroll Details Reports were also provided for the same period. Similar to the Payroll Summary Reports, the names and numbers on both reports were identical other than report and check dates. Each report showed 25 employees, a total monthly pay of $144,817.27, employer taxes of $14,570.99, and total payroll costs of $159,388.26.

**Loan Number 9111197303**: Documents provided to Kabbage Inc. to support payroll obligations for Therapy Dog Incorporated (EIN: 82-1151090) include Payroll Summary Reports as of February 1, 2020 for pay period January 1, 2020 through January 31, 2020, and March 1, 2020 for pay period February 1, 2020 through February 29, 2020.  Each report showed 25 employees, a total monthly pay of $144,817.27, employer taxes of $14,570.99, and total payroll costs of $159,388.26. The documents provided were identical to the Payroll Summary and Payroll Details Reports documents provided to Bank of America for 5131877708 except for the entity name in the right-hand corner of the document being "Therapy Dog Inc" versus "Therapy Dog International."

**Loan Number 4896127409:** Documents provided to Radius Bank included identical Payroll Summary Reports and Payroll Details Reports for January and February 2020 as described above, except that "Certapet Inc." was listed as the entity name in the upper right corner of the documents. Further, the employees claimed are the same 25 employees as the other applications listed herein.

**Loan Numbers 4585407206 and 412917800:** Applications were submitted to Fund-Ex Solutions by the following entities: Service Animals of America, Certapet Incorporated, and Therapy Pet Incorporated. On June 24, 2020, an employee of Fund-Ex Solutions filed an SBA Hotline compliant. The compliant noted that while the loans for Service Animals of America and Certapet Incorporated were applied for by **Gaughan**, and Therapy Pet Incorporated was filed by **Person 1**, all three claimed the same 25 employees. These 25 employees are the employees listed above that were utilized on applications across all of the lending institutions. The compliant further stated that all three applications included various tax forms with identical numbers for each entity.

**Loan Numbers 8151797807 and 6506117901:** Documents provided to Northeast Bank included the same 25 employees mentioned above. Additionally, bank statements were provided for two separate entities: Official Service Dogs (Bank of America account 226001979804) and Therapy Pet Inc. (Bank of America Account 002261596270). Several months of statements were provided. All dollar amounts and transactions within those statements were identical.

**Loan Number 4579757308:** Documents provided to Celtic Bank Corporation include a voided check that states the entity "Service Dog of America" in the upper left corner. But on the subsequent portions of the check, including the payment record, the entity shown on the upper left portion of the two sections states "Therapetic". The check is drawn on Bank of America account 2261596270. As exhibited above, during the 2018 search warrant executed on **Gaughan's** U Street Residence, multiple checks were found written to

**Gaughan** from "Therapetic" and drawn on Bank of America account 2261596270. Based on this information, it is likely that this voided check was altered to suggest Service Dog of America controlled the bank account.  In addition, the same 25 employees listed above were utilized in an attempt to obtain loan number 4579757308 from Celtic Bank Corporation. Payroll summary reports provided for all PPP loan documents received to date were identical, except for the entity name of "Service Dog of America" being in the upper right corner of the reports submitted to Celtic Bank Corporation.

   *b.  Supporting Tax Forms*

40. A variety of federal tax forms were submitted as supporting documents for the following loans: Bank of America (loan number 5131877708); Kabbage Inc. (loan number 9111197303); Radius Bank (loan number 4896127409); Fund-Ex Solutions Group (loan numbers 4585407206 and 4129717800); Northeast Bank (loan numbers 8151797807 and 6506117901); and Celtic Bank Corporation (loan number 4579757308). These tax forms include Form 990, Return of Organization Exempt from Income Tax (Form 990), Form 940, Employer's Annual Federal Unemployment (FUTA) Tax Return (Form 940), and Form 941, Employer's Quarterly Federal Tax Return (Form 941).

41. Form 990's are filed by tax-exempt organizations and are open to public inspection. The application for Loan Number 8151797807 included a 2018 Form 990. Forms 990 filed after 2018 are available on IRS.gov through the Tax-Exempt Organization Search function. The Form 990 provided with the loan application is dated March 31, 2019.

42. A search of the Official Service Dog's Employer Identification Number (EIN) (84-4517450) yielded no Forms 990. The search did yield a determination letter dated February 25, 2020 determining that Official Service Dogs is a tax-exempt organization. As the below return was not available on IRS.gov, and since the entity was not determined to be tax exempt until 2020, it is likely the Form was never filed with the IRS and is likely fraudulent.

43. Of further note, the principal officer listed on the Form 990 is **Gaughan**. The application lists **Person 1** as the Applicant and principal officer for Official Service Dogs. The signature on the Form 990 appears to read "**Kenneth Gaughan**" even though the printed name is "Kevin Ganglof". Neither **Gaughan** nor Ganglof is listed as an employee on the employee listing provided as supporting documentation.

44. 2019 Forms 940 were provided with at least three applications for Official Service Dogs, Therapy Dog International, and Therapy Dog Incorporated. All three returns were signed on December 30, 2019 by Person 1, CFO. Two of the three Forms 940 were identical other than the EIN and Name. Forms 940 submitted for Therapy Dog International (loan number 5131877708) and Therapy Dog Incorporated (loan number 9111197303) have total payments to all employees of $1,709,301.97, FUTA tax before adjustments of $2,563.80, and Total FUTA tax after adjustments of $92,302.31. Based on my training and experience, it is unlikely that two businesses would have equal payments to employees and FUTA tax balances for the same year. Additionally, it is unlikely that an entity would complete and sign Forms 940 prior to year-end. These irregularities suggest that the Forms are likely fraudulent.

45. 2019 Forms 941 were provided for the first, second, third, and fourth quarters for the following entities: Service Animals of America (EIN 84-4502437); Therapy Pet Incorporated (EIN 82-1151364); Certapet Incorporated (EIN 82-1151218); and Therapy Dog Incorporated (82-1151090). These Forms were identical in every way except for EIN, Name, and the signer. Not only were the Forms identical across entities, all numbers on the Forms were identical across months and quarters. Based on typical turnover for businesses employing 25 employees, it is unlikely that each entity would

19

consistently employ 25 employees for an entire year with equal and even monthly earnings. It appears as if the Forms 941 were altered and duplicated to use as support for multiple loan applications.

46. Based on the use of seemingly altered, duplicative Federal Tax Forms, it appears as if the Applicant utilized bogus documents to obtain PPP funding.

## II. FRAUD ON THE SBA'S ECONOMIC INJURY DISASTER (EIDL) PROGRAM

47. According to SBA records, **Gaughan** submitted applications for the following 12 EIDL loans for businesses, which cited the same business address and purported in several cases to have identical gross revenues and/or costs across different business entities in other EIDL loan applications:

**EIDL Application Number 3300124152:** Application Number 3300124152 was applied for by **Gaughan** directly with the SBA under the name Therapeutic Solutions Incorporated. According to SBA records, the applicant's business address was the 15th Street UPS box and the borrower's physical street address was 2018 4th Street Northeast, Washington, DC. According to the application, Therapeutic Solutions Incorporated has three employees, gross revenues of $210,000, and Non-Profit costs of operation of $210,000. **Gaughan** received a $3,000 advance payment as a result of this application. The email address listed on this EIDL application is help@esapet.org.

**EIDL Application Number 3300122063:** Application Number 3300122063 was applied for by **Gaughan** directly with the SBA using the business name Anything Pawsable Incorporated. SBA records indicate the applicant's business address was the 15th Street UPS box and the borrower's physical street address was 2018 4th Street Northeast, Washington, DC. The application stated Anything Pawsable Incorporated has one employee, $110,000 in revenue, and $110,000 in cost of goods sold. No funds have been disbursed as a result of this application. The email address listed on this EIDL application is paxton7@aol.com.

**EIDL Application Number 3300117207:** Application Number 3300117207 was applied for by **Gaughan** with the SBA using the business name Therapy Pet Incorporated. SBA records show that the applicant's business address was the 15th Street UPS box and the borrower's physical address was 2018 4th Street Northeast, Washington, DC. The application stated Therapy Pet Incorporated three employees, gross revenues of $210,000, and Non-Profit costs of operation of $210,000. As of July 22, 2020, no funds were disbursed as a result of this application. The email address listed on the EIDL application is madams6119@gmail.com.

**EIDL Application Number 3300118932:** Application Number 3300118932 was applied for by **Gaughan** with the SBA using the business name Therapy Dog International. SBA application data show the applicant's business address was the 15th Street UPS box and the borrower's physical address was 2018 4th Street Northeast, Washington, DC. Therapy Dog International claimed to have three employees and gross revenues of $210,000 and Non-Profit costs of operation of $210,000. As of July 22, 2020, no funds were disbursed as a result of this application. The email address listed on the EIDL application is certifytherapydog@gmail.com.

**EIDL Application Number 3300107566:** Application Number 3300107566 was applied for by **Gaughan** with the SBA using business name ESA Registry International. The applicant's business address was the 15th Street UPS box and the borrower's physical address was 2018 4th Street Northeast, Washington, DC. ESA Registry International claimed to have three employees and provided no revenue or cost information. As of July 22, 2020, no funds were disbursed as a result of this application. The email address listed on the EIDL application is esaregistryinternational@gmail.com.

**EIDL Application Number 3300101428:** **Gaughan** applied for loan Application Number 3300101428 under the business name Official Service Dogs and listed the business address as the 15th Street UPS Box. The borrower address was 2018 4th Street Northeast, Washington, DC. Official Service Dogs listed three employees and did not provide gross revenue or cost information. As of July 22, 2020, no funds were disbursed as a result of this application. The email address listed on the EIDL application is richard.s.vost@gmail.com.

**EIDL Application Number 3300098301:** **Gaughan** applied for loan Application Number 3300098301 under the business name Service Dog of America and listed three employees. Per SBA application data, the business address provided was the 15th Street UPS Box, and the borrower's address was 2018 4th Street Northeast, Washington, DC. Service Dog of America did not provide gross revenue or cost numbers. As of July 22, 2020, no funds were disbursed as a result of this application. The email address listed on the EIDL application is kengaughan@gmail.com.

**EIDL Application Number 3300114874:** **Gaughan** applied for Application Number 3300114874 under the business name Certapet Inc and listed three employees. The application stated gross revenue of $210,000 and cost of goods sold totaling $210,000. The business address provided was the 15th Street UPS Box and the borrower's address was 2018 4th Street Northeast, Washington, DC. As of July 22, 2020, no funds were disbursed as a result of this application. The email address listed on the EIDL application is certapet@gmail.com.

**EIDL Application Number 3300111397:** Application Number 3300111397 was applied for by **Gaughan** using the business name Service Animals of America. Service Animals of America claimed to have three employees and did not provide revenue or cost information. The business address provided was the 15th Street UPS Box and the applicant's address was 2018 4th Street Northeast, Washington, DC. As of July 22,

2020, no funds were disbursed as a result of this application. The email address listed on the EIDL application is intlserviceanimal@gmail.com.

**EIDL Application Number 3300109829:** **Gaughan** applied for Application Number 3300109829 under the business name International Service Animals. International Service Animals provided the business address of the 15th Street UPS box and claimed to have three employees. The borrower's address was 2018 4th Street Northeast. International Service Animals did not provide revenue or cost numbers. As of July 22, 2020, no funds were disbursed as a result of this application. The email address listed on the EIDL application is serviceanimalsofamerica@gmail.com.

**EIDL Application Number 3300103683:** **Gaughan** applied for loan Application Number 3300103683 using business name Therapy Dog Incorporated claiming to have three employees. Therapy Dog Incorporated's business address was the 15th Street UPS Box and the applicant's address was 2018 4th Street Northeast, Washington, DC. There were no revenue or cost numbers provided. As of July 22, 2020, no funds were disbursed as a result of this application. The email address listed on the EIDL application is atdugbartey@gmail.com.

**EIDL Application Number 3300092533:** **Gaughan** applied for loan Application Number 3300092533 using business name US Therapy Dog. US Therapy Dog claimed three employees and did not provide revenue or cost information. The business address provided was the 15th Street UPS Box and the applicant's address was 2018 4th Street Northeast, Washington, DC. As of July 22, 2020, no funds were disbursed as a result of this application. The email address listed on the EIDL application is rstrauski@gmail.com. **Gaughan** is known to go by the alias of **Richard Strauski**, and this email address was used to register a website in **Gaughan**'s scheme against ADW.

48. In addition to the loans described in this affidavit, SBA records reflect that **Person 1** applied for a loan in the name Think Healthy Group, with the address 1301 20th Street, NW, Apartment 413, Washington, DC. In contrast with the businesses associated with the 15th Street UPS box, the loan application for Think Healthy Group shows that Think Healthy Group has only a single employee and an average monthly payroll of $7,818. This loan has been disbursed and the outstanding balance is $19,545. The email associated with this application was an email in the name of Person 1. **Person 1**'s LinkedIn profile reflects that he currently has two jobs—as the Principal and CEO of Think Healthy Group (a position **Person 1** has held since January 2016), and as an

adjunct professor at George Mason University. **Person 1**'s LinkedIn profiles does not reflect any involvement with animal support services.

### III. EVIDENCE OF FRAUDULENT DOCUMENTATION RELATED TO THE PURPORTED BUSINESSES USED TO OBTAIN PPP AND EIDL LOANS

49. Records obtained from the internet domain registrar and web hosting company GoDaddy LLC show that an account with the login name "**kennethpgaughan**" reserved numerous internet domains similar to the businesses used to obtain the PPP loans, including:

- servicedogdirectory.com
- usservicedogregistry.net
- certapet.net
- certapets.com
- certapet.org
- certapets.org
- esaregistry.net
- esadirectory.com
- esadogregistry.org
- esadirectory.org
- therapetic.org
- therapetic.us
- therapypetdog.com
- therapypetdog.org

50. The GoDaddy account used to register the foregoing domains listed the customer name as **Richard Strauski**, the company name was a company utilized by **Gaughan** in his scheme against ADW, and the customer address as 1718 M Street NW, Suite 170, Washington, DC ("the M Street address") address, which was a UPS Store that moved and was later converted into the 15th Street UPS box.

51. A search of electronic media seized as part of a federal search warrant executed on **Gaughan**'s U Street Residence in September 2018 revealed numerous service or support animal certificates purportedly signed by "**Richard Strauski**" certifying an

23

animal as a service or emotional support animal that appeared to be issued by Therapeutic. For example, a fraudulent support animal registration certificate that was purportedly signed by "**Richard Strauski**" listed the address of the 15th Street UPS box and stated that a dog "Tex" was "registered with TheraPetic's National Registry." The email address on the certification has the domain esadirectory.org, which **Gaughan** registered. Similarly, your affiant discovered another fraudulent animal support certification, signed by **Strauski**, for a squirrel named Elly May. The certificate displayed the email address contact@therapic.org and a logo for Therapeutic Solutions. Based on this, your affiant believes that **Gaughan** prepared the fraudulent certificates using the alias **Richard Strauski** in order to conceal his involvement.

## IV. USE OF SBA PPP AND EIDL FUNDS

52. Based on a review of records to date, I suspect that **Gaughan** received a total of $2,182,465.00 in combined PPP and EIDL funds. Based on information received from Bank of America, **Gaughan** received the funds in two accounts in the name of Therapeutic Solutions Incorporated and Therapy Dog International between May 4, 2020 and June 8, 2020. As of July 27, 2020, the balance in the two accounts totaled approximately $200,000.

53. Your affiant is aware of at least the following purchases and transfers out of the aforementioned accounts:

- On May 5, 2020, a payment was made from Bank of America account ending in 6270 held in the name of Therapeutic Solutions account to TD Auto Finance for $45,975.00 paying the balance of a car note held for **Gaughan's** 2020 Kia Stinger.

- On May 27, 2020, a cashier's check for $1,130,000.00 to Allied Title and Escrow LLC was purchased at Bank of America by Bank of America account ending in 9804 held in the name of Therapy Dog International to fund the purchase of the 112 V Street, NE, Washington, DC 20002.

- On May 27, 2020, Bank of America account ending in 6270 held in the name of Therapeutic Solutions Incorporated sent a wire to AYS Marine Enterprise LLC for $295,550.00. The wire funded the purchase of a 2020 Cruisers Yachts 338 CX 33-foot watercraft.

- According to information received from Capital One, between May 4, 2020 and August 3, 2020, at least $81,560.74 in likely proceeds were transferred from Bank of America account ending 6270 held in the name of Therapeutic Solutions to pay a Capital One credit card balance.

- Based on account statements for Bank of America account ending 6270 held in the name of Therapeutic Solutions for the month of May 2020, the following transfers were made using fraudulent proceeds:

  - Discover credit card payments: $19,404.87

  - USAA credit card payments: $14,542.81

  - Chase credit card payments: $31,741.70

  - Wells Fargo credit card payment: $2,969.00

  - Citi credit card payment: $1,459.64

  - Paypal instant transfers: $8,249.23

- Based on account statements for Bank of America account ending 9804 held in the name of Therapy Dog International for the month of May 2020, the following transfers were made using fraudulent proceeds:

  - PNC Bank credit card payments: $10,223.06

  - Citi credit card payments: $10,234.81

54. Form 2483 explicitly states that by signing, the Applicant represents that "[t]he funds will be used to retain workers and maintain payroll or make mortgage interest payments, lease payments, and utility payments, as specified under the Paycheck Protection Program Rule: I understand that if the funds are knowingly used for unauthorized purposes, the federal government may hold me legally liable, such as for charges of fraud."  The above-mentioned use of PPP funds to purchase a residence, watercraft, and make personal credit card payments does not meet the certified use of funds requirements specified under the PPP Rule.

## INVESTIGATIVE TOOLS AND TRACING

55. The above stated facts regarding the investigation of **Gaughan** establish probable cause that **Gaughan** obtained SBA PPP funding based on false representations, documents and statements. In order to confirm the receipt of and trace the use of SBA PPP funds, Law Enforcement obtained Bank of America records for Bank of America account number ending in 6270 held in the name of Therapetic Solutions ("account 6270") and Bank of America account number ending in 9804 held in the name of Therapy Dog International ("account 9804") for the month of May 2020.

56. Law Enforcement analyzed these records and determined that fraudulent proceeds from PPP loan numbers 5404347709 and 4896127409 totaling $610,380.00 were received in account 6270.

57. Fraudulent proceeds from PPP loan numbers 5131877708, 4585407206, 9111197303, and 1730787306 totaling $1,266,085.00 were received in account 9804. Based on information received from Northeast Bank, the fraudulent proceeds from PPP loan number 8151797807 totaling $303,000.00 were received into account 9804 on June 8, 2020. The following chart summarized the SBA PPP proceeds received.

| Fraudulent SBA PPP Proceeds - Kenneth GAUGHAN | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Account Number | Account Name | Lender | Amount | Loan Number | Entity | Name |
| 05/04/2020 | 002261596270 | THERAPETIC SOLUTIONS | Bank of America | $ 307,342.00 | 5404347709 | THERAPETIC SOLUTIONS | Taylor Wallace |
| 05/26/2020 | 002261596270 | THERAPETIC SOLUTIONS | Radius Bank | $ 303,038.00 | 4896127409 | Certapet Inc | Kenneth P. Gaughan |
| 05/04/2020 | 226001979804 | THERAPY DOG INTERNATIONAL | Bank of America | $ 307,343.00 | 5131877708 | THERAPY DOG INTERNATIONAL | Taylor Wallace |
| 05/04/2020 | 226001979804 | THERAPY DOG INTERNATIONAL | Fund Ex Solutions | $ 303,000.00 | 4585407206 | Service Animals of America | Kenneth P. Gaughan |
| 05/11/2020 | 226001979804 | THERAPY DOG INTERNATIONAL | Kabbage, Inc. | $ 277,432.00 | 9111197303 | Therapy Dog Incorporated | Taylor Wallace |
| 05/13/2020 | 226001979804 | THERAPY DOG INTERNATIONAL | First Bank of the Lake | $ 378,310.00 | 1730787306 | ESA Registry International | ESA Registry International |
| | | | | **May 2020 Total:** | **$ 1,876,465.00** | | |
| 06/08/2020 | 226001979804 | THERAPY DOG INTERNATIONAL | Northeast Bank | $ 303,000.00 | 8151797807 | Official Service Dogs | Taylor Wallace |
| | | | | **June 2020 Total:** | **$ 303,000.00** | | |
| | | | | **Total PPP Funds** | **$ 2,179,465.00** | | |

58. As seen above, between May 1, 2020 and May 31, 2020, accounts 6270 and 9804 received a total of $1,876,465 in fraudulent SBA PPP proceeds. During the month of June 2020, account 9804 received $303,000.00 in SBA PPP proceeds for a total of $2,179,465.00. These SBA PPP proceeds accounted for the majority of the credits into the accounts. The following chart summarizes the credits.

| May 2020 Credits for accounts 9804 and 6270 | | | |
|---|---|---|---|
| Account | SBA PPP Loan Credits | Other Credits | Total Credits | PPP % of Total Credits |
| 9804 | $ 1,266,085.00 | $ 50,000.00 | $ 1,316,085.00 | 96% |
| 6270 | $ 610,380.00 | $ 5,725.16 | $ 616,105.16 | 99% |

59. The account balance for account 9804 as of April 30, 2020 was $102.90. For account 9804, the $50,000 in non-SBA PPP credits came in the form of a single wire transfer

from Robinhood on May 27, 2020. Robinhood is an American financial services company that offers a mobile application and website that offer people the ability to invest in stocks, options, and other financial instruments. This $50,000 from Robinhood came six days after $50,000 was sent to Robinhood from this same account.  Following the receipt of SBA PPP funds, wires were sent from account 9804 to Robinhood on May 5, 2020 for $22,260.32, on May 12, 2020 for $50,000.00, and May 21, 2020 for $50,000.00. To summarize, wires were sent out of account 9804 totaling $122,260.32, of which at least $122,157.42 were fraudulently obtained SBA PPP proceeds. As such, the wire received from Robinhood on May 27, 2020 was likely a return of fraudulent obtained proceeds.

60. The account balance for account 6270 as of April 30, 2020 was $3,575.57. For account 6270, the $5,725.16 in non-SBA PPP proceeds were made up of a series of credits from Amazon ($5.28) and Stripe ($5,719.88). Stripe is a payment processing service. The source of payments processed by Stripe is currently unknown. As shown above, non-SBA PPP credits account for less than one percent of credits into account 6270 for May 2020.

**Tracing the Accounts**

61. The government has traced the outflows of money from the accounts 6270 and 9804 for May 2020. When money was transferred from one account to a counterparty for the purchase real property, vehicles or watercraft, the government traced the fraudulent proceeds from the transferring account to the real property, vehicle or watercraft vendor first, and if the fraudulent proceeds were no longer in the account, then clean money was traced to the purchase of the property. In this case however, the second step was

unnecessary as all of the funds used for these transactions were traced directly to the fraudulent proceeds.  This approach remains faithful to the lowest intermediate balance rule. *See United States v.  $56,471,329.88*, 2020 WL 2896661(D.D.C. 2020) (J. Hogan) ("This Court adopts [the Lowest Intermediate Balance Rule] as the preferred tracing method, as it is the prevailing option.").  The Forth Circuit has explained that "the [l]owest [i]ntermediate [b]alance [r]ule, quite apart from being a rigid rule requiring that fraud funds are always the last to leave the account, aims to 'preserve[] the proceeds to the greatest extent possible as the account is depleted.'" *United States v. Miller*, 295 F.Supp.3d 690, 705 (E.D.Va. 2018)(quoting *Sony Corp. of America v. Bank One*, 85 F .3d 131, 139 (4th Cir. 1996).

62.  Accounts 6270 and 9804 were used to launder the fraudulently obtained funds via purchases and credit card payments.  The government is **NOT** seeking a seizure warrant for real property in this warrant, rather, this information is provided as context for the Court. As shown below, I have identified nine transactions from the 6270 and 9804 Accounts that contained more than $10,000 in fraudulent proceeds that were used to purchase property, make credit card payments, and contribute to investment accounts. The nine transactions totaled $1,638,425.57 of which $1,638,425.57 are traceable to fraud proceeds.

| Account Holder | Bank Account | Date | Transaction Type | Counter Party | Memo | Amount | Traced Fraud Proceeds |
|---|---|---|---|---|---|---|---|
| Therapeutic Solutions | BoA - 6270 | 05/04/2020 | Online Payment | Capital One | ONLINE PMT INDN: GAUGHANKENNETH CCD | $ 14,086.46 | $ 14,086.46 |
| Therapy Dog International | BoA - 9804 | 05/04/2020 | Funds Transfer | Robinhood | INDN: KENNETH P GAUGHAN | $ 22,260.32 | $ 22,260.32 |
| Therapeutic Solutions | BoA - 6270 | 05/05/2020 | Web Pay | TD Auto Finance | ONLINE PMT INDN: GAUGHANKENNETH WEB | $ 45,975.00 | $ 45,975.00 |
| Therapy Dog International | BoA - 9804 | 05/12/2020 | Funds Transfer | Robinhood | INDN: KENNETH P GAUGHAN | $ 50,000.00 | $ 50,000.00 |
| Therapeutic Solutions | BoA - 6270 | 05/13/2020 | Online Payment | Chase Credit Card | INDN: KENNETH P GAUGHAN | $ 19,770.00 | $ 19,770.00 |
| Therapeutic Solutions | BoA - 6270 | 05/19/2020 | Online Payment | Capital One | ONLINE PMT INDN: GAUGHANKENNETH CCD | $ 10,783.79 | $ 10,783.79 |
| Therapy Dog International | BoA - 9804 | 05/21/2020 | Funds Transfer | Robinhood | INDN: KENNETH P GAUGHAN | $ 50,000.00 | $ 50,000.00 |
| Therapy Dog International | BoA - 9804 | 05/27/2020 | Cashier's Check | Allied Title, LLC - DC Escrow | Customer Withdrawal Image | $ 1,130,000.00 | 1,130,000.00 |
| Therapeutic Solutions | BoA - 6270 | 05/27/2020 | Wire Out | AYS Marine Enterprise LLC | BNF BK: People's United Bank | $ 295,550.00 | 295,550.00 |
| | | | | | | $ 1,638,425.57 | $ 1,638,425.57 |

63. For the month of May 2020, of the $1,876,465.00 in fraud proceeds that have been traced, at least $1,130,000.00 were used to purchase real properties. The remaining fraud proceeds that were not used to purchase real properties have either remained in account 6270 or 9804, have been used to purchase a vehicle, watercraft, or have been used to make everyday purchases or investments.

## BANK ACCOUNTS AND REMAINING FRAUD PROCEEDS

64. Law enforcement has obtained bank records for accounts 6270 and 9804 as of May 31, 2020. The chart below shows the total amount of fraud proceeds deposited into each account, the balance as of May 31, 2020 in each account, and the amount of fraud proceeds currently in each account, based on tracing by law enforcement via the lowest intermediate balance rule.

| Account Number | Date of Latest Account Records | Total Amount of Fraud Proceeds Deposited into Account | Balance in Account as of Latest Records | Amount of Fraud Proceeds Remaining in Account |
|---|---|---|---|---|
| | | | | |

| 6270 | May 31, 2020 | $610,380.00 | $165,760.95 | $156,460.22 |
| 9804 | May 31, 2020 | $1,266,085.00 | $43,441.43 | $43,338.53 |

65. A total of $199,798.75 in fraudulent SBA PPP proceeds is remained in accounts 6270 and 9804 combined as of May 31, 2020. Furthermore, both accounts were utilized in numerous transactions involving fraudulent proceeds over $10,000, as detailed above.

## INVESTMENT ACCOUNT

66. Based on bank statements received from Bank of America for the month of May 2020, $122,260.32 in fraudulent SBA PPP proceeds were transferred to Robinhood investment account 1464364776 held in the name of **Gaughan**. Robinhood is a financial services company that offers a mobile application and website that offer people the ability to invest in stocks, options and other financial instruments. All fraudulently funds were transferred from account 9804.

67. The transfers were made in a series of three transactions first on May 5, 2020 for $22,260.32, then on May 12, 2020 for $50,000 and lastly on May 21, 2020 for $50,000. All three transactions involving fraudulent proceeds exceeded $10,000.

## VEHICLE AND WATERCRAFT TRACING

68. I have reviewed bank records from account 6270 in the name of Therapetic Solutions with **Gaughan** listed as an account signatory. The records confirm that between May 1, 2020 and May 31, 2020, this account received a total of $610,380.00 from lenders disbursing SBA PPP proceeds.  Of the $610,380.00 account 6270 received from SBA PPP loans, $610,380.00 were fraudulent proceeds.  These fraudulent proceeds are traceable to the purchase and/or maintenance of a 2020 Kia Stinger registered to **Gaughan** ("the vehicle").  Fraudulent proceeds are also traceable to the purchase and/

31

or maintenance of a 2020 Cruisers Yachts 338 CX watercraft ("the watercraft") (collectively "Target Property").

69. The chart below summarizes the make and model of the vehicle, the VIN number, the tag number, and who the vehicle is registered to:

| Vehicle Make/Model | VIN | Washington, DC Tag | Registered To |
|---|---|---|---|
| 2020 Kia Stinger | KNAE45LC5L6080651 | GH1844 | Kenneth Gaughan |

70. The chart below summarizes the make and model of the watercraft, the hull ID number and who the vehicle is registered to:

| Watercraft Make/Model | Hull ID Number | Official Number | Registered To |
|---|---|---|---|
| 2020 Cruisers Yachts 338 CX | CRSBN259D920 | 1296553 | Graceful Waters Holdings, LLC |

71. <u>2020 Kia Stinger</u>

On March 11, 2020, **Gaughan** financed a 2020 Kia Stinger. The cost total cash price including accessories, services, taxes and dealer processing charge was $50,485.14. **Gaughan** received a dealer incentive rebate of $4,500.00 leaving an unpaid balance of cash price of $45,985.14. After title and registration fees, **Gaughan's** balanced owed was $46,902.00, of which $46,385.14 was financed by TD Auto Finance. On May 5, 2020, Therapeutic Solutions, using account 6270, following the receipt of SBA PPP proceeds of $307,342 on May 4, 2020, made a web payment to TD Auto Finance for $45,975.00, paying the remaining financed balance for the vehicle. Of the $45,975.00 payment to pay off the vehicle, law enforcement has traced, $45,975.00 to fraudulent proceeds. To conclude, of the total selling price of $46,902.00, at least $45,975.00, or 98 percent of the amount paid was paid using fraudulently obtained proceeds.

72. <u>2020 Cruisers Yachts 338 CX</u>

I have reviewed bank records from account 6270 in the name of Therapetic Solutions with **Gaughan** listed as an account signatory. The records confirm that

between May 1, 2020 and May 31, 2020, this account received a total of $610,380.00 from lenders disbursing SBA PPP proceeds.  Of the $610,380.00 account 6270 received from SBA PPP loans, $610,380.00 were fraudulent proceeds.   These fraudulent proceeds are traceable to the purchase and/or maintenance of a 2020 Cruisers Yachts 338 CX watercraft registered to Graceful Waters Holdings, LLC ("the watercraft"). Graceful Waters Holdings, LLC is controlled by Andrew Fisher, who is suspected to be in a romantic relationship with **Gaughan**. The watercraft was purchased using two transactions. First check 0004 for $5,000, was drawn on May 11, 2020 on an account in **Gaughan's** name. The account number was 824017129857886 at USAA Savings Bank. The check was paid to the order of "Annapolis Yacht" and stated "Deposit" in the memo line. On May 26, 2020 **Gaughan** received the fraudulent proceeds of SBA PPP loan number 4896127409 into account 6270 totaling $303,038.00. Next, a wire transfer was made on May 27, 2020 out of account 6270 to AYS Marine Enterprise LLC for $295,550.00 to pay the balance due for the watercraft, of which law enforcement has traced $295,550.00 to fraudulent proceeds. To conclude, of the total selling price of $300,550.00 at least $295,000, or 98 percent of the amount paid was paid using fraudulently obtained proceeds.

73. In conclusion, during the month of May 2020, account 6270 received $610,380.00 in fraudulent SBA PPP proceeds in the form of a $307,342.00 payment received on May 4, 2020 and $303,038.00 received on May 26, 2020. The day following the initial receipt of fraudulent funds, the remaining balance of $45,975.00 was paid out of account 6270 on **Gaughan's** vehicle to TD Auto Finance. The day following the receipt of the proceeds from the second fraudulent SBA PPP loan, the remaining balance of

$295,550.00 was paid of out account 6270 to AYS Marine Enterprise LLC to purchase a watercraft. As such, the vehicle and the watercraft purchased in May 2020 using account 6270 were purchased with fraudulent proceeds and involved in monetary transactions in property derived from specified unlawful activities, also known as money laundering.

74. The following charts show the flow of fraud proceeds into the two accounts and the use of those proceeds to pay for the vehicle, the watercraft, pay credit card balances and to make investments:

| Bank of America Account x9804 | | | | |
|---|---|---|---|---|
| Date | Deposit/From | Withdrawal/To | Balance | Portion of Deposit/Withdrawal Traced to Fraud Proceeds |
| 4/30/2020 | | | $102.90 | |
| 5/4/2020 | $307,343 Bank of America | | $307,445.90 | $307,343 |
| 5/4/2020 | $303,000 Fund Ex | | $610,445.90 | $303,000 |
| 5/4/2020 | | $22,260.32 Robin Hood | $588,185.58 | $22,260.32 |
| 5/11/2020 | $277,432 Kabbage | | $865,617.58 | $277,432 |
| 5/12/2020 | | $50,000 Robin Hood | $815,617.58 | $50,000 |
| 5/13/2020 | $378,310 First Bank | | $1,193,927.58 | $378,310 |
| 5/21/2020 | | $50,000 Robin Hood | $1,143,927.58 | $50,000 |
| 5/27/2020 | $50,000 Robin Hood | | $1,193,927.58 | $50,000 |
| 5/27/2020 | | $1,130,000 Allied Title (112 V St,. NE) | $63,927.58 | $1,130,000 |
| 6/8/2020 | $303,000 Northeast Bank | | $366,927.58 | $303,000 |

35

| Bank of America Account x6270 | | | | |
|---|---|---|---|---|
| Date | Deposit/From | Withdrawal/To | Balance | Portion of Deposit/Withdrawal Traced to Fraud Proceeds |
| 4/30/2020 | | | $3,575.57 | |
| Various | $5,725.16 Stripe/Amazon | | $9,300.73 | |
| 5/4/2020 | $307,342 Bank of America | | $316,642.73 | $307,342 |
| 5/4/2020 | | $14,086.46 Capital One cc | $302,556.27 | $14,086.46 |
| 5/5/2020 | | $45,975 TD Auto Finance (vehicle) | $256,581.27 | $45,975 |
| 5/13/2020 | | $19,770 Chase cc | $236,811.27 | $19,770 |
| 5/19/2020 | | $10,783.79 Capital One cc | $226,027.48 | $10,783.79 |
| 5/26/2020 | $303,038 Radius Bank | | $529,065.48 | $303,038 |
| 5/27/2020 | | $295,550 AYS Marine (watercraft) | $233,515.48 | $295,550 |

## CONCLUSION

75.     Based on the above facts, there is probable cause to believe that **Gaughan** committed a wire fraud and bank fraud scheme, in violation of 18 U.S.C. § 1343 and 1344, and engaged in financial and monetary transactions in property derived from specified unlawful activity, in violation of 18 U.S.C. § 1956 and 1957. Specifically, **Gaughan** purchased a boat and a home using several levels of obfuscation to disguise the illicit source of funds. Further, **Gaughan** conducted repeated monetary transactions of a value greater than $10,000 in criminally derived property, that is, wire and bank fraud.

76.     Based on the above facts, the Target Property is forfeitable on several grounds. Violations of 18 U.S.C. § 1343 and 1344 give rise to forfeiture of property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense.

77.     Additionally, violations of 18 U.S.C § 1956 and 1957 give rise to forfeiture of property traceable to the crime, as well as "clean" property involved in the crime. Thus, the money laundering statutes have expansive forfeiture authority. There is probable cause to believe that the Target Property includes funds which were involved in money laundering, as well as funds commingled with fraud and other illegal proceeds that flowed through **Gaughan's** accounts.

78.     Based on the foregoing, I submit that there is probable cause to seize all monies and other things of value from account 6270, and that there is probable cause to seize all monies and other things of value from the account 9804, on the ground that these amounts constitute proceeds of wire and bank fraud, in violation of 18 U.S.C. § 1343 and 1344, and are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 984 and 28 U.S.C. § 2461(c).

79.     Based on the foregoing, I further submit there is probable cause to seize all monies and other things of value in the account 6270, account 9804 and Robinhood account number 1464364776 in their entirety on the ground that they constitute property involved in transactions or attempted transactions in violation of 18 U.S.C. § 1957, or any property traceable to such property, and are therefore subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A), 982(a)(1), and 984.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.

Respectfully submitted,

Charles W. Sublett
Special Agent
Internal Revenue Service, Criminal
Investigation


Subscribed to and sworn before me on this 10th day of August, 2020.


_____

G. Michael Harvey
UNITED STATES MAGISTRATE JUDGE